IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Mis. No. 05-12E |
| vs. | ) | |
| | ) | (See C.A. No. 04-301E) |
| MARGARET W. CASS and | ) | |
| MICHELLE L. TAYLOR a/k/a | ) | |
| MICHELLE L. BARTLETT, | ) | |
| | ) | |
| Defendants. | ) | |

PROOF OF PUBLICATION

SEE ATTACHMENT