## Proof of Publication of Notice in The Bradford Era

Under Act No. 587, Approved May 16, 1929

State of Pennsylvania,  ss:
County of McKean

__Michele Saar / Bookkeeper__ being duly sworn deposes and says that THE BRADFORD ERA is a daily newspaper published at 43 Main Street, City of Bradford, County and State aforesaid, which was established in the year 1877, since which date said daily newspaper has been regularly issued in said County, and that a copy of the printed notice or publication is attached hereto exactly as the same was printed and published in the regular editions and issues of the said daily paper on the following dates, viz:

NOTICE OF MARSHAL'S SALE    MICHELLE L TAYLOR

May 20th    27th; June 3rd and the __10th__ day of __June__, A.D. 2005

Affiant further deposes that he is an officer duly authorized by publishers of THE BRADFORD ERA, a daily newspaper, to verify the foregoing statement under oath and also declares that affiant is not interested in the subject matter of the aforesaid notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

**LEGAL NOTICE**
**MARSHAL'S SALE:** By virtue of a Writ of Execution issued out of the U. S. Court for the W. D. of PA at suit of the USA at Mis. No. 05-12E, I shall expose to public sale the real property of Michelle L. Taylor a/k/a Michelle L. Bartlett known as 236 Bolivar Drive, Bradford, PA 16701, being further described in a deed recorded with the McKean County Recorder of Deeds in Record Book 198, page 1105.
**TIME AND LOCATION OF SALE:** June 17, 2005 at 11:00 a.m., at the McKean County Sheriff's Department, 500 West Main Street, Smethport, PA 16749.
**TERMS OF SALE:** Successful bidder will pay ten percent (10%) by certified check and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distributions will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Marshal's costs, fees and commissions are to be borne by seller. Thomas M. Fitzgerald, United States Marshal. For information visit www.resales.usda.gov or call Mr. Kristen Good at 724-482-4800.

Copy of notice or publication

_Michele Saar_
BOOKKEEPER
THE BRADFORD ERA

Sworn to and subscribed before me

this __10th__ day of __June__, 2005

_[signature]_
NOTARY PUBLIC

My commission expires

NOTARIAL SEAL
NELSON RUSSELL, NOTARY PUBLIC
CITY OF BRADFORD, McKEAN COUNTY
MY COMMISSION EXPIRES MAY 29, 2007