IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) Civil Action No.:  04-301E<br>v. )<br>)<br>MARGARET W. CASS and )<br>MICHELLE L. TAYLOR a/k/a )<br>MICHELLE L. BARTLETTE, )<br>)Electronically Filed<br>Defendants. ) | |

### MOTION TO VACATE SATISFACTION OF JUDGMENT AND REINSTATE JUDGMENT

1. Plaintiff is the United States of America.

2. Defendant is an individual residing within the Western District of Pennsylvania.

3. This Court has jurisdiction over this civil action pursuant to 28 U.S.C. Section 1345.

4. Default Judgment was entered by the court on January 31, 2005, and the case proceeded to foreclosure sale.

5. A Satisfaction of Judgment was erroneously filed on March 23, 2006.

WHEREFORE, plaintiff United States of America requests that the Satisfaction of Judgment filed March 23, 2006, be vacated and the Default Judgment entered January 31, 2005, be reinstated.  In support of this motion, plaintiff will rely upon the annexed Affidavit, no brief being necessary.

The plaintiff further requests that this motion be decided upon the papers submitted, without oral argument pursuant to Rule 78, Federal Rule of Civil Procedure.

A proposed form of Order is submitted herewith.

                Respectfully submitted,

                MARY BETH BUCHANAN
                United States Attorney


                s/MICHAEL COLVILLE
                MICHAEL COLVILLE
                Assistant U.S. Attorney
                Counsel for Plaintiff
                U.S. Post Office & Courthouse
                700 Grant Street, Suite 4000
                Pittsburgh, PA  15219
                (412) 894-7337
                (412) 644-5870 - fax
                Michael.Colville@usdoj.gov
                PA56668

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) |
| | ) |
| MARGARET W. CASS and | ) |
| MICHELLE L. TAYLOR a/k/a | ) |
| MICHELLE L. BARTLETTE, | ) |
| | )Electronically Filed |
| Defendants. | ) |

**<u>AFFIDAVIT</u>**

Michael Colville, being duly sworn, deposes and says:

 1. I am an Assistant U.S. Attorney for the Western District of Pennsylvania and am the attorney for plaintiff United States of America in the above-captioned matter.

 2. On January 31, 2005, Judgment was entered in the U.S. District Court for the Western District of Pennsylvania in favor of the plaintiff, United States of America, against defendants, Margaret W. Cass and Michelle L. Taylor a/k/a Michelle L. Bartlett, Civil Action No. 04-301E.  (Exhibit A)

 3. On March 23, 2006, after having received a total $20,500.00 from the foreclosure sale of property, this office decided to close the return the remaining balance to the Department of Agriculture.

 4. Simultaneously, this Office inadvertently submitted a Satisfaction of Judgment to the Court for filing.

5.   However, this is inconsistent with this Office's policy as there may be the possibility, although remote, that funds will become available in the future.

WHEREFORE, plaintiff respectfully requests that the Satisfaction be Vacated and the Judgment Reinstated.

>Respectfully submitted,
>
>MARY BETH BUCHANAN
>United States Attorney
>
>
>s/MICHAEL COLVILLE
>MICHAEL COLVILLE
>Assistant U.S. Attorney

```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               ) Civil Action No.:  04-301E
     v.                        )
                               )
MARGARET W. CASS and           )
MICHELLE L. TAYLOR a/k/a       )
MICHELLE L. BARTLETTE,         )
                               )Electronically Filed
          Defendants.          )
```

## PROPOSED ORDER

The judgment in the above-captioned case this matter being opened to the Court by Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania upon the plaintiff, United States of America's application to vacate the Satisfaction of Judgment filed on March 23, 2006 against Defendant, Margaret W. Cass and Michelle L. Taylor a/k/a Michelle L. Bartlette.

WHEREAS, it appearing that Defendants have not satisfied said Judgment in full and for good cause shown on this _____ day of _____, 2006, it is hereby

**ORDERED** that the Satisfaction of Judgment filed on March 23, 2006, be and hereby is vacated and the Default Judgment, entered January 31, 2005, is reinstated.

_____
UNITED STATES DISTRICT JUDGE