IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | C.A. No. 04-301E |
| vs. | ) | |
| MARGARET W. CASS and MICHELLE L. TAYLOR a/k/a MICHELLE L. BARTLETT, | ) | |
| Defendants. | ) | |

## JUDGMENT

AND NOW, to wit, this 31st day of January, 2005, after presentation and consideration of the foregoing Motion Upon Default for Judgment in Mortgage Foreclosure, heretofore filed by Plaintiff.

IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that judgment in mortgage foreclosure is hereby entered against Defendants, as follows:

| | Note # 1 | Note #2 |
|---|---|---|
| Principal | $ 24,858.20 | $ 3,435.11 |
| Interest to 01/12/05 | $ 3,505.30 | $ 494.59 |
| Interest Credit Subject to Recapture | $ 888.00 | $ 132.00 |
| **Total** | $ 29,251.50 | $ 4,061.70 |

**Grand Total      $33,313.20**

together with interest at the contractual rate of 8.00% per annum to the date of judgment, plus interest from the date of judgment at the legal rate, reasonable attorneys' fees and collection costs.



PLAINTIFF'S EXHIBIT A

IT IS FURTHER ORDERED that the subject property shall be exposed for sale for the purpose of satisfying Plaintiff's judgment and that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

_____
United States District Judge