IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,           )
                                    )
              Plaintiff,            )
                                    )  Civil Action No.:  04-301E
         v.                         )
                                    )
MARGARET W. CASS and                )
MICHELLE L. TAYLOR a/k/a            )
MICHELLE L. BARTLETTE,              )
                                    )Electronically Filed
              Defendants.           )

## PROPOSED ORDER

The judgment in the above-captioned case this matter being
opened to the Court by Mary Beth Buchanan, United States Attorney
for the Western District of Pennsylvania upon the plaintiff,
United States of America's application to vacate the Satisfaction
of Judgment filed on March 23, 2006 against Defendant,  Margaret
W. Cass and Michelle L. Taylor a/k/a Michelle L. Bartlette.

WHEREAS, it appearing that Defendants have not satisfied
said Judgment in full and for good cause shown on this _____
day of _____, 2006, it is hereby

**ORDERED** that the Satisfaction of Judgment filed on March 23,
2006, be and hereby is vacated and the Default Judgment, entered
January 31, 2005, is reinstated.


_____
UNITED STATES DISTRICT JUDGE