IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 04-301E ) ) |
| MARGARET W. CASS and MICHELLE L. TAYLOR a/k/a MICHELLE L. BARTLETTE, | ) ) ) ) |
| | ) Electronically Filed |
| Defendants. | ) |

**PROPOSED ORDER**

The judgment in the above-captioned case this matter being opened to the Court by Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania upon the plaintiff, United States of America's application to vacate the Satisfaction of Judgment filed on March 23, 2006 against Defendant, Margaret W. Cass and Michelle L. Taylor a/k/a Michelle L. Bartlette.

WHEREAS, it appearing that Defendants have not satisfied said Judgment in full and for good cause shown on this 31st day of March, 2006, it is hereby

**ORDERED** that the Satisfaction of Judgment filed on March 23, 2006, be and hereby is vacated and the Default Judgment, entered January 31, 2005, is reinstated.

_____
UNITED STATES DISTRICT JUDGE